**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| STEVEN TUGGLE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PORTLAND POLICE DEPARTMENT, )<br>PPD CHIEF MICHAEL SAUSCHUCK )<br>OFFICERS MCDONALD, JAMES and )<br>ERIC JOHNSON )<br>Defendants ) | **Docket No. 2:15-CV-00077-DBH** |

STIPULATION OF DISMSISSAL

Now comes the Parties in the above-entitled action, by their Attorneys, and hereby stipulate and agree that this action be Dismissed, with prejudice and without costs, attorneys fees or interest as per the settlement agreement reached on May 18th, 2015.

Dated at Biddeford, Maine this 26th day of May, 2015.

_____/S/_____
Chris A. Nielsen, Esq.
The Nielsen Group
Attorney for the Plaintiff

P.O. Box 351
Biddeford, ME 04005-0351
(207) 571-8555

_____/S/_____
William T. Bly, Esq.
The Law Office of William T. Bly
Attorney for the Plaintiff

P.O. Box 1871
Biddeford, ME 04005-1871
(207) 571-8146

_____/S/_____
Edward R. Benjamin, Jr. Esq.
Drummond Woodsum
Attorney for the Defendants

84 Marginal Way
Suite 100
Portland, ME 04101-2480
(207) 772-1941